IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LUIS A. ESTRADA-JIMINEZ,

    Petitioner,

v.

WILLIAM POLLARD,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-48-wmc

---

This action came for consideration before the court with District Judge William Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Luis A. Estrada-Jiminez for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for failure to exhaust state court remedies.

*Peter Oppeneer*          7/27/2011

Peter Oppeneer, Clerk of Court      Date